IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:21-cv-00022-M

JTH TAX LLC d/b/a LIBERTY TAX
SERVICE f/k/a JTH TAX, INC.,

    Plaintiff,

v.

CMB TAX SERVICE, LLC,
JEFFREY SERBUS, AND
CINDY SERBUS,

    Defendants.

**ORDER**

This matter is before the court on Plaintiff's opposed Motion for Remote Attendance [DE 26]. Plaintiff's counsel of record, who are located in Raleigh, North Carolina, request that the court permit "national" counsel, Peter Siachos, to appear by remote means on behalf of Plaintiff at the March 24, 2021 hearing on Plaintiff's Motion for Preliminary Injunction. The court also construes the motion as a request for local counsel to be excused from appearing at the hearing pursuant to Local Civil Rule 83.1(f).

While the court recognizes that Defendants oppose the motion, this court generally finds that requests for continuances and/or remote appearances due to obstacles created by the COVID-19 pandemic demonstrate good cause for the request, particularly upon short notice of a required appearance.

Therefore, for good cause shown, the Motion is GRANTED. Mr. Siachos may appear by video at the March 24, 2021 hearing. Instructions for appearance by video will be emailed to Mr.

Siachos upon his notice of appearance before the hearing.

SO ORDERED this 19th day of March, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE