IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:21-cv-00022-M-BM

JTH TAX LLC d/b/a LIBERTY TAX
SERVICE f/k/a JTH TAX, INC.,

    Plaintiff/Counter Defendant,

v.

CMB TAX SERVICE, LLC,
JEFFREY SERBUS, and
CINDY SERBUS,

    Defendants/Counter Claimants.

ORDER

    This matter comes before the court on the Plaintiff's Unopposed Motion to Seal [DE 208]. Plaintiff seeks to restrict from public access certain records considered to be confidential pursuant to the consent protective order, which are submitted in support of the parties' motions for summary judgment. *See id.* Pursuant to Local Civil Rule 79.2, the court finds that the records contain confidential information that should be sealed.

    Accordingly, the motion to seal is GRANTED. The Clerk of the Court shall maintain under seal the following documents until further order of the court:

- Defendants' Sealed Memorandum of Law in Support of its Motion for Summary Judgment [DE 182];

- Defendants' Sealed Supplemental Statement of Material Facts [DE 183];

- Defendants' Sealed Supplemental Appendix of Confidential Exhibits [DE 184, 184-1];

- Plaintiff's Unredacted Response in Opposition to Defendants' Motion for Summary Judgment [DE 197, 197-1, 197-2];

- Defendants' Sealed Response in Opposition to Plaintiff's Motion for Summary Judgment [DE 199];

- Defendants' Sealed Opposing Statement of Material Facts [DE 200];

- Plaintiff's Sealed Reply to Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment [DE 205]; and

- Defendants' Sealed Reply to Plaintiff's Response in Opposition to Defendants' Motion for summary Judgment [DE 206, 206-1].

SO ORDERED this 4th day of August, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE